**Order entered March 25, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00375-CV
### No. 05-20-00377-CV

## IN THE BEST INTEREST AND PROTECTION OF E.P., Appellant

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. MED-20-80112 and MI-20-00463**

### ORDER

Before the Court are Dallas County Deputy Clerk Trinidad Pimentel's March 23, 2020 requests for extensions of time to file the records in these priority appeals. We **GRANT** the requests to the extent that we **ORDER** the clerk's record in each appeal be filed no later than April 6, 2020.

Also before the Court are Charletta Breed's March 24, 2020 requests to extend time to file the reporter's record in each appeal. We **GRANT** the request and **ORDER** the reporter's record in each appeal be filed no later than April 6, 2020.

The appellant's brief in each appeal shall be filed no later than April 16, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE